134

Wednesday, May 18, 2011

No. 11–0167/AR. U.S. v. Inez T. Martinez, Jr. CCA 20080699. On consideration of Appellee's request to reschedule oral argument, it is ordered that said motion is granted, and that the above–entitled action be called for hearing at 11:00 a.m. on the 24th day of May, 2011.

Thursday, May 19, 2011

No. 10–0494/AF. U.S. v. Caleb B. Beaty. CCA 37478. On consideration of the Appellee's petition for reconsideration of this Court's decision, *United States v. Beaty*, 70 M.J. 39 (C.A.A.F. 2011), it is ordered that said petition for reconsideration be, and the same is, hereby denied.

No. 11–0143/AR. U.S. v. Aaron R. Stanley. CCA 20050703. Appellee's motion to extend time to file a brief granted, ***up to and including June 15, 2011***, and ***absent extraordinary circumstances, no further extension of time will be granted in this case.***